1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    IN RE:  STEVEN WAYNE BONILLA              No. 2:24-cv-02437-JAM-CSK

12                                              No. 2:24-cv-02439-JAM-CSK

13                                              No. 2:24-cv-02534-JAM-CSK

14                                              No. 2:24-cv-02567-JAM-CSK

15                                              No. 2:24-cv-02568-JAM-CSK

16                                              No. 2:24-cv-02570-JAM-CSK

17                                              No. 2:24-cv-02575-JAM-CSK

18                                              No. 2:24-cv-02579-JAM-CSK

19

20

21

22                                             **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02437, 2:24-cv-02439, 2:24-cv-02534, 2:24-cv-02567, 2:24-cv-02568, 2:24-cv-02570, 2:24-cv-02575 and 2:24-cv-02579 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these cases.  **No further filings will be accepted**.

Dated: October 02, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

[1] In the caption of 2:24-cv-02575, plaintiff names the Stanislaus County Superior Court.  To the extent plaintiff intended to raise the claims raised in 2:24-cv-02575 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-02575 are related to Plaintiff's Alameda County criminal conviction.